IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN -5 AM 8: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.<br>11250 Waples Mill Rd.<br>Fairfax, VA 22030,<br><br>SECOND AMENDMENT FOUNDATION, INC.<br>12500 NE 10th Place<br>Bellevue, WA 98005,<br><br>BUELL O. TEEL<br>24161 Trairo Road<br>Ponchatoula, LA 70454<br>    Plaintiffs<br><br>v.<br><br>C. RAY NAGIN, Mayor of New Orleans<br><br>P. EDWIN COMPASS III,<br>Superintendent of Police, New Orleans<br><br>JACK STRAIN, JR., Sheriff,<br>St. Tammany Parish<br><br>JOHN DOES I-VI, Sheriff's Deputies,<br>St. Tammany Parish,<br><br>    Defendants | CIVIL ACTION NO. 05-4234 J(2) |

<u>CONSENT ORDER GRANTING PERMANENT INJUNCTION
AND DISMISSAL OF REMAINING CLAIMS AGAINST DEFENDANT,
JACK STRAIN, JR., SHERIFF, ST. TAMMANY PARISH AND
JOHN DOES I-VI, SHERIFF'S DEPUTIES, ST. TAMMANY PARISH</u>

THIS MATTER has come before this Court pursuant to the Complaint for Declaratory and Injunctive Relief filed herein on behalf of plaintiffs National Rifle Association of America, Inc., Second Amendment Foundation, Inc. and Buell O. Teel ("Plaintiffs") and against Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____

(collectively the "Sheriff") and the Joint Motion for Entry of Consent Order Granting Permanent Injunction and Dismissal of Remaining Claims Against Defendant, Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish filed herein on behalf of the Plaintiffs and the Sheriff.

Defendant, the Sheriff, affirmatively denies all of the allegations in the Complaint for Declaratory Judgment and Injunctive Relief, and specifically and affirmatively denies that it was or is the policy, custom or practice of the St. Tammany Parish Sheriff's Office to illegally seize lawfully possessed firearms from citizens, including plaintiff, Buel O. Teel or that he or any of his deputies officers, agents, servants, or employees illegally confiscated firearms from any citizens or that he has any such firearms in his possession or that any constitutional or statutory right of any plaintiff or other individual has been violated.

The Sheriff, further alleges that any seizures of firearms in St. Tammany Parish were terminated shortly after Hurricane Katrina made landfall, prior to the time this lawsuit was filed, and that any seizures of firearms were done by the Sheriff in good faith, under emergency circumstances.

Notwithstanding the above, upon review of the Joint Motion for Entry of Consent Order Granting Permanent Injunction and Dismissal of Remaining Claims Against Defendant, Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish and the record of the proceedings;

**IT IS ORDERED, ADJUDGED AND DECREED** that, Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish and his officers, agents, servants, and employees are hereby enjoined and ordered to cease and desist confiscating

lawfully-possessed firearms from all citizens, including, but not limited to, members of plaintiffs National Rifle Association of America, Inc. and Second Amendment Foundation, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish return any and all firearms which may have been confiscated by Defendants, their officers, deputies, agents, servants, and employees of all such persons from Plaintiff, Buell O. Teel, who plaintiffs have assured the Court is authorized to possess firearms; members of Plaintiff, National Rifle Association, Inc., who lawfully possess firearms; and all other persons who lawfully possess them, upon presentation of identification and execution of a receipt therefore.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that as there is no just reason for delay, this Consent Order Granting Permanent Injunction and Dismissal of Remaining Claims Against Defendant Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish be entered immediately.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the remaining claims against Jack Strain, Jr., Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish in the Complaint for Declaratory Judgment and Injunctive Relief be and they are hereby dismissed against Jack Strain, Jr, Sheriff, St. Tammany Parish and John Does I-VI, Sheriff's Deputies, St. Tammany Parish only, each party to bear its own costs.

_____, Louisiana, this ___ day of _____, 2006.

_____
JUDGE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

-3-