UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATIONAL RIFLE ASSOCIATION OF             CIVIL ACTION
AMERICA, INC., et al.,                    NO: 05-4234

    Plaintiffs

VERSUS

C. RAY NAGIN, Mayor of New Orleans,       SECTION: "J"
and

WARREN RILEY,
Superintendent of Police, New Orleans

    Defendants

## ORDER

IT IS ORDERED that the following book: Halbrook, Freedmen, the Fourteenth Amendment, & the Right to Bear Arms, 1866 - 1876 (Westport, Conn.: Praeger Publishers, 1998), which was attached to Plaintiffs' Memorandum in Opposition to Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss For Lack of Subject Matter Jurisdiction and For Failure to State a Viable Claim be stricken from the record.  IT IS FURTHER ORDERED that Plaintiffs' counsel retrieve these books from the Court as soon as possible.

New Orleans, Louisiana, this 7th day of March, 2006.

_____