## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25 AM 9: 16

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. | CIVIL ACTION NO. |
| SECOND AMENDMENT FOUNDATION, INC. | 05-4234 |
| v. | SECTION "J" |
| C. RAY NAGIN, Mayor of New Orleans | MAGISTRATE 2 |
| P. EDWIN COMPASS III, Superintendent Of Police, New Orleans | |
| JACK STRAIN, JR., Sheriff, St. Tammany Parish | |
| JOHN DOES I-VI, Sheriff's Deputies, St. Tammany Parish | |

### DEFENDANTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A VIABLE CLAIM

NOW INTO COURT, through undersigned counsel, come defendants, C. Ray Nagin and P. Edwin Compass, III, who move for dismissal of the plaintiffs' claims against them for lack of subject matter jurisdiction under F.R.C.P. Rule 12 (b)(1), and for plaintiffs' failure to state a claim upon which relief could be granted under F.R.C.P. Rule 12 (b)(6). The defendants' memorandum in support of this motion is attached.

Respectfully submitted,

Joseph V. DiRosa, Jr., La. Bar #4959
*Chief Deputy City Attorney*
Franz L. Zibilich, La. Bar # 14914
*Associate City Attorney*
Heather M. Valliant, La. Bar # 24680
*Assistant City Attorney*

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

        1300 Perdido Street, Room 5 E 03
        New Orleans, Louisiana  70112
        (504) 658-9800
        (504) 658-9868 (fax)

        Penya Moses-Fields, La. Bar. # 24850
        *City Attorney*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion and supporting memorandum have been sent to counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 25th day of July, 2006.

_____